**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: |
| | ) | |
| | ) | Count One: 18 U.S.C. § 641 |
| v. | ) | (Conversion) |
| | ) | |
| | ) | |
| JACQUELINE CRAWFORD | ) | and Criminal Forfeiture |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States of America charges that:

### COUNT ONE
### (18 U.S.C. § 641 – Conversion)

1. From in our about October 2014 through the present, in the Southern District of Mississippi and elsewhere, defendant,

**JACQUELINE CRAWFORD,**

willfully and knowingly did receive, conceal and retain stolen property of the United States, that is, $45,917.45 in Veterans' payments to which she was not entitled, with the intent to convert said property to her own use, then knowing said property to have been stolen or converted from the United States.

All in violation of Title 18, United States Code, Section 641.

### FORFEITURE ALLEGATIONS
(18 U.S.C. § 981(a)(1)(C);
28 U.S.C. § 2461 – Criminal Forfeiture)

The allegations contained in paragraph 1 of this Information are incorporated by reference as if fully stated therein, and the following is further alleged:

1. Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), defendant, **JACQUELINE CRAWFORD**, once convicted of Count One (conversion, in violation of 18 U.S.C. § 641) shall forfeit to the United States the following property: a sum of money equal to the total amount of money received by the defendant, in violation of 18 U.S.C. § 641, as charged in Count One.

2. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 26, United States Code, Section 2461, the defendant shall forfeit substitute property, up to the value of the amount described in the foregoing paragraphs, if, by any act or omission of the defendant, the property described in such paragraphs, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

Dated: January __, 2017

Respectfully submitted,

RAYMOND N. HUSLER
Chief, Public Integrity Section

By: _____
RICHARD B. EVANS
Trial Attorney
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW, 12th Floor
Washington, DC   20005
(202) 514-1412
Richard.B.Evans@usdoj.gov